Marvin MELTZER, Individually and as father and next friend of David Meltzer, et al., Plaintiffs-Appellants,

v.

BOARD OF PUBLIC INSTRUCTION OF ORANGE COUNTY, FLORIDA, etc., et al., Defendants-Appellees.

No. 75–1423.

United States Court of Appeals, Fifth Circuit.

May 25, 1977.

Jerome J. Bornstein, Orlando, Fla., for plaintiffs-appellants.

William M. Rowland, Jr., John W. Bowen, Orlando, Fla., for defendants-appellees.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion March 11, 1977, 5 Cir., 1977, 548 F.2d 559).

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

Charles S. GRAINGER et al., Plaintiffs-Appellants,

v.

STATE SECURITY LIFE INSURANCE COMPANY et al., Defendants-Appellees.

No. 75–3061.

United States Court of Appeals, Fifth Circuit.

May 25, 1977.

Marvin Cherner, J. Vernon Patrick, Jr., James W. May, Birmingham, Ala., for plaintiffs-appellants.

John H. Morrow, George R. Stuart, III, John W. Haley, Birmingham, Ala., for State Sec. et al.

Robert R. Reid, Jr., Birmingham, Ala., for L. W. Nimmo & Nimmo Asso., Inc.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING, EN BANC

(Opinion February 18, 1977, 5 Cir., 1977, 547 F.2d 303).

Before BROWN, Chief Judge, and THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.